```
                          United States Bankruptcy Court
                          Southern District of Florida

In re:                                                        Case No. 17-23447-RBR
Jennifer Alfonso                                              Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 113C-0          User: groomsd          Page 1 of 2          Date Rcvd: Feb 01, 2018
                              Form ID: CGFD26        Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2018.
```
db            +Jennifer Alfonso,    7933 Dilido Blvd,    Hollywood, FL 33023-6405
smg           +Broward County Tax Collector,    115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
smg            Florida Department of Revenue,    POB 6668,    Bankruptcy Division,    Tallahassee, FL  32314-6668
cr            +PennyMac Loan Services, LLC,    Marinosci Law Group, P.C.,    c/o Connie J. Delisser, Esq.,
                100 West Cypress Creek Road,    Suite 1045,    Fort Lauderdale, FL 33309-2191
94290671      +1stprogress/1stequity/,    Po Box 84010,    Columbus, GA 31908-4010
94336035       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
94290672      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
94290675     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
94290673      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
94290674      +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
94290676       Brightstar Credit Unio,    1300 Sw 2nd Ct,    Ft Lauderdale, FL 33310
94290677      +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
94290679      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
94290680      +Comenitybk/victoriasec,    Po Box 182789,    Columbus, OH 43218-2789
94290681      +Comenitycap/eldorado,    Po Box 182120,    Columbus, OH 43218-2120
94290699      +Pennymac Loan Services,    6101 Condor Dr,    Moorpark, CA 93021-2602
94290703      +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
94290704      +Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 03:53:17      Synchrony Bank,
                PRA Receivables Management, LLC,    c/o Valerie Smith,    PO Box 41021,    Norfolk, VA 23541-1021
94290682      +E-mail/Text: electronicbkydocs@nelnet.net Feb 02 2018 03:43:57      Dept Of Education/neln,
                121 S 13th St,    Lincoln, NE 68508-1904
94301492       E-mail/Text: mrdiscen@discover.com Feb 02 2018 03:43:05      Discover Bank,
                Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
94290697      +E-mail/Text: mrdiscen@discover.com Feb 02 2018 03:43:05      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
94290698      +E-mail/Text: bnc@nordstrom.com Feb 02 2018 03:43:14      Nordstrom Fsb,    13531 E Caley Ave,
                Englewood, CO 80111-6505
94307103       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2018 03:53:32
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
94290701       E-mail/Text: admin@pdminc.net Feb 02 2018 03:43:03      Professional Debt,
                7948 Baymeadows Way Fl 2,    Jacksonville, FL 32256
94290700      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2018 03:53:43
                Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
94290702      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 03:47:58      Syncb/yamaha,
                C/o 900 Concourse Dr,    Rapid City, SD 57703-4762
94303927      +E-mail/Text: electronicbkydocs@nelnet.net Feb 02 2018 03:43:57
                U.S. Department of Education C/O Nelnet,    121 South 13th Street, Suite 201,
                Lincoln, NE 68508-1911
94357102       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 02 2018 03:53:28      Verizon,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
94290678*     +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
94290683*     +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
94290684*     +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
94290685*     +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
94290686*     +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
94290687*     +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
94290688*     +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
94290689*     +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
94290690*     +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
94290691*     +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
94290692*     +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
94290693*     +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
94290694*     +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
94290695*     +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
94290696*     +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
                                                                               TOTALS: 0, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 113C-0          User: groomsd              Page 2 of 2              Date Rcvd: Feb 01, 2018
                              Form ID: CGFD26            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2018 at the address(es) listed below:
          Connie J Delisser, Esq.    on behalf of Creditor    PennyMac Loan Services, LLC
           cdelisser@mlg-defaultlaw.com,  mlgfl-bk@mlg-defaultlaw.com
          Emil  Fleysher    on behalf of Debtor Jennifer  Alfonso efleysher@fleysherlaw.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com
                                                                                    TOTAL: 4
```

**CGFD26** (10/16/17)



**ORDERED in the Southern District of Florida on February 1, 2018**

Raymond B Ray
United States Bankruptcy Judge

# United States Bankruptcy Court
**Southern District of Florida**
www.flsb.uscourts.gov

**Case Number: 17−23447−RBR**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jennifer Alfonso
7933 Dilido Blvd
Hollywood, FL 33023

SSN: xxx−xx−4635

### ORDER CONFIRMING CHAPTER 13 PLAN

This cause came before the court on 1/18/2018 for confirmation of the debtor's proposed chapter 13 plan pursuant to Local Rule 3015−3(B)(2). Based on the record, including the debtor's "Certificate of Compliance and Request for Confirmation on Chapter 13 Plan", it is

**ORDERED** as follows:

1. The debtor's chapter 13 plan (the "Plan") meets with the provisions of 11 U.S.C. § 1325 and, if applicable, § 521 and 1308, and is, therefore, confirmed in accordance with its terms.

2. Any claim entitled to priority under 11 U.S.C. § 507 shall be paid in full, in periodic installments, in the order of priority prescribed by the Bankruptcy Code over the period of the Plan as required by 11 U.S.C. § 1322(a)(2), with postpetition interest as required by 11 U.S.C. § 506(b) payable on the secured portion of the claim.

_____

[1] All references to "Debtor" shall include and refer to both Debtors in a case filed jointly by two individuals.

3. The debtor's first monthly payment to the Trustee under the Plan was required to commence not later than 30 days following November 6, 2017, the date the petition was filed, or within 30 days from the date of conversion to chapter 13. The Trustee shall begin disbursement to creditors pursuant to the Plan as soon as practicable upon entry of this order.

4. If the Plan does not provide for payments to a secured creditor, the Plan provides for surrender of the property secured by the secured creditor's claim or the Plan provides for direct payment of the secured creditor's claim outside of the Plan, such creditor is granted in rem stay relief to pursue available state court remedies against any property of the debtor which secures the creditor's claim. The filing of a Motion to Modify a Plan does not operate as a stay of any action against property of the debtor which is not subject to the automatic stay absent further order of the court.

5. Any executory contract or unexpired lease of the debtor which has not been assumed pursuant to court order prior to entry of this order, or which is not assumed in the Plan confirmed by this order, is deemed rejected upon entry of this order.

6. If the confirmed plan in this case provides for payment to holder(s) of tax certificates on property of the debtor, the following provisions shall apply:

    A. To ensure that the records of the County Tax Collector credit amounts received by certificate holders, upon receipt of information pursuant to subparagraph B below, the Tax Collector is ordered to adjust the County tax records and reduce both the amount owed on tax certificates and the amount of the tax lien to reflect payments made by the Chapter 13 Trustee to certificate holders under the confirmed plan.

    B. The Tax Collector shall be served with any order entered post–confirmation which (a) dismisses or converts this case; (b) grants stay relief to the holder of a secured claim on the property subject to the tax certificates; (c) approves a sale or refinancing of the property subject to the tax certificates; (d) modifies the plan to eliminate further payments to one or more certificate holders; or (e) discharges the debtor upon completion of the plan. Upon receipt of any such order, the Tax Collector shall request a ledger from the Chapter 13 Trustee reflecting the amounts paid to certificate holders under the confirmed plan, or obtain the ledger information by accessing the Chapter 13 Trustee's website.

    C. During the period in which the certificate holders are receiving payments under the confirmed plan, unless otherwise ordered, the Tax Collector is enjoined from accepting a redemption payment for any certificate which is included in the plan. This injunction will dissolve without further order of the Court if (a) one of the orders described in subparagraph B is entered; and (b) the County has complied with the requirements in subparagraph A by reducing both the amount owed on any certificate paid or partially paid under the plan and the amount of the tax lien by the amount paid to the certificate holder as reflected in the Chapter 13 Trustee's ledger.

7. Pursuant to Local Rule 3070–1(C)(2), if the debtor fails to timely make any Plan payment to the Trustee, the Trustee may serve a "Notice of Delinquency" upon the debtor and the debtor's attorney. The debtor shall have 45 days from the date of the "Notice of Delinquency" to make all payments due under the Plan, including any payments that become due within the 45–day period. If the debtor is seeking to cure the delinquency in a modified plan the debtor must file a motion to modify the confirmed plan within 14 days of the date of the "Notice of Delinquency". If the debtor is not current with plan payments on the 45th day after the date of the "Notice of Delinquency", the Trustee shall file and serve a report of non–compliance and the case will be dismissed without further notice or hearing. Dismissal shall be with prejudice to the debtor filing any new bankruptcy case in any federal bankruptcy court in the United States for a period of 180 days from entry of the order of dismissal. The court will not extend these deadlines absent extraordinary circumstances.

8. To the extent the Plan sought a determination of valuation pursuant to Bankruptcy Rule 3012, and no objections were filed or any objections were resolved, the terms of the Plan will be binding upon the affected secured creditors, and any allowed proof of claim will be secured only to the extent of the value as provided for in the Plan and unsecured as to the balance of the claim.

9. Nonstandard provisions must be set forth in Paragraph VIII of the Plan being confirmed. Nonstandard provisions set forth elsewhere in the Plan are void.

The clerk shall serve a copy of this order on all parties of record.

# # #

*Page 3 of 3*