IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:

    Jennifer Alfonso

                                CASE NO. 17-23447

Debtor                              CHAPTER 13

_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida, that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of [DE #10] Notice of Chapter 13 Bankruptcy Case and [DE #25] Amended Schedules have been served via electronic mail or First Class U.S. Mail this 25th day of July, 2018 upon the parties listed on the attached Service List.

                                                        /s/ Emil Fleysher
                                                        Law Offices of Emil Fleysher
                                                        715 East Hillsboro Blvd. Suite 100
                                                        Deerfield Beach, FL 33441
                                                        Tel 954-484-9987
                                                       Fax 954-949-9171
                                                       Attorney for Debtor

**Service List:**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 17-23447-RBR<br>Southern District of Florida<br>Fort Lauderdale<br>Wed Jul 25 10:06:11 EDT 2018 | Synchrony Bank<br>PRA Receivables Management, LLC<br>c/o Valerie Smith<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PennyMac Loan Services, LLC<br>Marinosci Law Group, P.C.<br>c/o Connie J. Delisser, Esq.<br>100 West Cypress Creek Road<br>Suite 1045<br>Fort Lauderdale, FL 33309-2191 |
| 1stprogress/1stequity/<br>Po Box 84010<br>Columbus, GA 31908-4010 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Barclays Bank Delaware<br>P.o. Box 8803<br>Wilmington, DE 19899-8803 | Bby/cbna<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007-1032 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Brightstar Credit Unio<br>1300 Sw 2nd Ct<br>Ft Lauderdale, FL 33310 | Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 |
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Comenitybk/victoriasec<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenitycap/eldorado<br>Po Box 182120<br>Columbus, OH 43218-2120 |
| Dept Of Education/neln<br>121 S 13th St<br>Lincoln, NE 68508-1904 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| Nordstrom Fsb<br>13531 E Caley Ave<br>Englewood, CO 80111-6505 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Osvaldo Romero Roberto<br>5226 NW 7th Street, Apt A216<br>Miami, Florida 33126-3380 |
| PennyMac Loan Services, LLC<br>P.O. Box 2010<br>Moorpark, CA 93020 | Pennymac Loan Services<br>6101 Condor Dr<br>Moorpark, CA 93021-2602 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (p)PROFESSIONAL DEBT MEDIATION<br>7948 BAYMEADOWS WAY<br>2ND FLOOR<br>JACKSONVILLE FL 32256-8539 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Syncb/yamaha<br>C/o 900 Concourse Dr<br>Rapid City, SD 57703-4762 | Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | U.S. Department of Education C/O Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 |

| | | |
|---|---|---|
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Verizon Wireless<br>Po Box 650051<br>Dallas, TX 75265-0051 | Emil Fleysher<br>715 E Hillsboro Blvd # 100<br>Deerfield Beach, FL 33441-3561 |
| Jennifer Alfonso<br>7933 Dilido Blvd<br>Hollywood, FL 33023-6405 | Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer<br>Po Box 982238<br>El Paso, TX 79998 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Professional Debt<br>7948 Baymeadows Way Fl 2<br>Jacksonville, FL 32256 |

| | |
|---|---|
| (d)Professional Debt Mediation, INC<br>7948 Baymeadows Way - 2nd Floor<br>Jacksonville, FL 32256 | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     0<br>Total                  34 |